United States District Court

Eastern District of Louisiana

George

v.                                        CIVIL ACTION NO. 2:00-cv-00006
                                                                  T(1)
Home Depot U S A Inc


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 6, 2000.

                                        By Direction of the Court

                                        LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § § | CIVIL ACTION NO. 00-0006 |
| versus | § § | SECT. T MAG. 1 |
| HOME DEPOT USA, INC., JOHN DOE, WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § § | MAGISTRATE |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Defendant, Home Depot USA, Inc. ("Home Depot"), while fully reserving its rights to object to service, jurisdiction, and venue, and without waiving any other defenses or objections to the Petition for Damages, by its undersigned counsel, pursuant to 28 U.S.C. §§1441 and 1446, respectfully submits this Notice of Removal of this action from the Civil District Court for the Parish of Orleans, State of Louisiana, in which court the action is pending, to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, Home Depot states as follows:

1.

On or about November 16, 1999, an action was commenced against Home Depot USA, Inc., John Doe, William Doe, Sam Doe, and XYZ Insurance Company in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled *Pamela George, Individually and as the Tutrix of her*

2330/16806/0059411.01

Fee /50.00
Process____
X Dktd____
Ctrmdep____
Doc.No.__1__

*minor daughter, Kaycie George v. Home Depot USA, Inc., John Doe, William Doe, Sam Doe, and XYZ Insurance Company,* Case Number 99-18713, Division "A". Home Depot's first notice of this lawsuit was on November 30, 1999, when the Petition for Damages was served upon Home Depot through its alleged agent for service of process, CT Corporation System. The time delays allowed by law to file a notice of removal have not expired.

2.

Defendant, Home Depot, is a foreign corporation and non-resident of this state. Plaintiff, Pamela George, is a citizen of the state of Louisiana. Complete diversity exists between the parties.

3.

This is a Petition for Damages which seeks damages and compensation under Louisiana law for "serious disabling personal injuries including but not limited to, right ankle medial malleolus fracture; left fifth metacarpal fracture; left tibial plateau fracture; closed head injury; post traumatic stress disorder; and other injuries" to plaintiff, Pamela George, and for "personal injuries and psychic injuries including but not limited to, post traumatic stress disorder" to plaintiff's minor daughter, Kaycie George.[1] Based upon information and belief, defendant has a good faith belief that plaintiff is seeking damages in excess of $75,000.00, exclusive of interest and costs, and this matter is therefore removable and in compliance with 28 U.S.C. §§1332 and 1441.

---

[1] Petition for Damages at ¶XII and XIII.

4.

Attached hereto and made a part hereof as Exhibit "A", pursuant to U.S.C. §1446(a), are copies of the process, pleadings or orders that were served upon or otherwise received by Home Depot.

5.

A copy of this Notice of Removal is being filed with the Clerk of the Civil District Court, Parish of Orleans, State of Louisiana, and served upon all adverse parties as required by 28 U.S.C. §1446(d).

**WHEREFORE**, your petitioner, Home Depot USA, Inc., respectfully requests that this Court recognize its jurisdiction over this suit and over these proceedings, and that this case be removed from the Civil District Court, Parish of Orleans, State of Louisiana, to this Court. Home Depot USA, Inc., further prays for all other general and equitable relief to which it may be entitled.

Respectfully submitted,

**HELLER, DRAPER, HAYDEN & HORN, L.L.C.**

*[signature]*

**DREW R. BALLINA (LA BAR NO. 01704)**
2500 Poydras Center
650 Poydras Street
New Orleans, LA 70130-6103
Telephone: (504)568-1888
Facsimile: (504)522-0949
**Attorneys for Home Depot USA, Inc.**