

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 22 PM 3:09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION |
| | § | NO. 00-0006 |
| VERSUS | § § | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § | MAGISTRATE (1) |

**MOTION TO CONTINUE**

Home Depot U.S.A., Inc. ("Home Depot"), defendant herein, respectfully requests that this Court continue Plaintiffs' Motion to Compel Discovery which is currently scheduled to be heard on September 27, 2000 for the following reasons:

1.

Home Depot is endeavoring to provide the information and documentation requested by Plaintiffs' written discovery at issue, but does not believe that such documentation will be available to Plaintiffs before the September 27, 2000 hearing date of Plaintiff's Motion to Compel.

2.

Clifford E. Cardone and Michael E. Katz, counsel for Plaintiffs in this matter, has been contacted regarding this continuance, and Plaintiffs' counsels do not object to this continuance.

DATE OF ENTRY

SEP 27 2000



Fee_____
Process____
X Dktd____
CtRmDep____
Doc. No. 20

3.

With the Court's permission mover would like to initiate a conference call on the afternoon of September 22, 2000 with the Court's Minute Clerk and Plaintiffs' counsel so that a new date for the hearing on the Motion to Compel can be selected.

**WHEREFORE**, Home Depot U.S.A., Inc. prays that this Court continue Plaintiffs' Motion to Compel currently scheduled for September 27, 2000 to be reset for a date convenient to all parties.

Respectfully submitted,

_____
DEBORAH W. FALLIS, (Bar #2177)
**Heller Draper Hayden Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 581-9595 or 568-1888

Attorneys for Home Depot U.S.A., Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue has been served upon Clifford E. Cardone, Esq., 829 Baronne Street, New Orleans, Louisiana 70112; and Michael E. Katz, Esq., 365 Canal Street, Suite 2700, New Orleans, Louisiana 70130; by placing a copy of same in the U.S. Mail, postage prepaid, this _22nd_ day of September, 2000.

_____