UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -6 PM 3: 22

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | : : : | CIVIL ACTION NO. 00-0006 |
| VERSUS | : : | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE, WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | : : : | MAGISTRATE (1) |

### MOTION TO CONTINUE TRIAL

Plaintiff, Pamela George, individually and on behalf of her minor child, Kaycie George, moves this Court for continuance of this case from the Court's four-day trial calendar commencing **February 5, 2001**, and states that this motion is made for the following reasons, and for good cause shown:

1. This is an action for personal injuries arising out of an automobile accident which occurred on May 11, 1999. Suit was filed on November 16, 1999 in the Civil District Court for the Parish of Orleans, State of Louisiana, and removed to the United States District Court, Eastern District of Louisiana on the 30th day of December 1999.

2. The Court has set the cause for trial for a four-day jury trial calendar commencing February 5, 2001.

DATE OF ENTRY
OCT 1 6 2000

3. As a result of injuries sustained in this accident, on May 11, 1999, Pamela George

underwent an open reduction/internal fixation of the right ankle fracture, a closed reduction of the left fifth metacarpel, and placement in a brace for a left tibial fracture. On May 24, 1999, she underwent closed reduction and internal fixation of the left finger fracture and open reduction with internal fixation of the left tibial fracture with a bone graft, as well as a cast change on her right ankle with removal of sutures.

4. Pamela George has been advised by her physician, Raul Rodriguez, that she must undergo two additional surgeries.

5. Pamela George will not be ready for trial because she will not have reached maximum medical cure by February 5, 2001.

6. Justice will be best served if the Court continues this action.

7. As stated in the declaration attached to this motion as Exhibit A, counsel for Pamela George has contacted counsel for Home Depot, and counsel for Home Depot does not object to the requested continuance of the trial date.

WHEREFORE, Pamela George respectfully requests that the Court continue the trial of this matter to the next available calendar.

Date: October 6, 2000                                Respectfully submitted:

                                                     _____
                                                     CLIFFORD E. CARDONE
                                                     829 Baronne Street
                                                     New Orleans, Louisiana 70113
                                                     Telephone: (504) 581-1394
                                                     Bar No. 3874

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax, or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

                                                     _____
                                                     CLIFFORD E. CARDONE

-3-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | : | CIVIL ACTION |
| | : | NO.   00-0006 |
| VERSUS | : | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE, WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | : | MAGISTRATE (1) |

### CERTIFICATE OF COUNSEL

I hereby certify that I have contacted Deborah Fallis, counsel for Home Depot, USA, regarding plaintiff's request to continue the trial scheduled for February 5, 2001 and that counsel for Home Depot, USA, Deborah Fallis, has no opposition to a continuance.

Dated, October 6, 2000.

Respectfully submitted:

_____
CLIFFORD E. CARDONE
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-1394
Bar No. 3874

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax, or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____
CLIFFORD E. CARDONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | : : : | CIVIL ACTION<br><br>NO.   00-0006 |
| VERSUS | : : | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE, WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | : : : | MAGISTRATE (1) |

## O R D E R

Considering the foregoing Motion to Continue Trial;

IT IS ORDERED that the trial of this case, scheduled for jury trial commencing February 5, 2001, be continued.

IT IS FURTHER ORDERED that a ~~status~~ preliminary conference is scheduled on the __2nd__ day of __Nov__, 2000 at __2:45__ o'clock p.m. to select a new trial date. ^ to be held by phone

Dated, __October 11__, 2000.

_____
JUDGE