```
         FILED
     U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2000 OCT 27  PM 4: 45

     LORETTA G. WHYTE
          CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 27, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA GEORGE | CIVIL ACTION |
| VERSUS | NO: 00-0006 |
| HOME DEPOT USA, INC., ET AL | SECTION: "T"(1) |

On September 12, 2000, the plaintiff, Pamela George, filed a motion to compel discovery responses from the defendant, Home Depot, USA, Inc. ("Home Depot"). Rec. doc. 19. The motion was set for hearing on September 27, 2000. Pamela George requested that Home Depot, USA, Inc. respond within ten days as the trial of the case was set for February 5, 2001, and the plaintiff was confronted with approaching pretrial deadlines.

Home Depot requested that the motion be continued to be reset, because it would not be able to complete the discovery responses by September 27, 2000. Rec. doc. 20. Pamela George did not have any opposition to this motion, so the undersigned ordered that the motion to compel be continued to be reset. Rec. doc. 20. Since then the trial was continued to be reset. Rec. doc. 22.

```
DATE OF ENTRY
  OCT 30 2000
```



Inasmuch as the matter has not been reset for hearing, it is ORDERED that the motion of Pamela George to compel discovery (Rec. doc. 19) is DISMISSED as MOOT without prejudice to the right of Pamela George to seek relief against Home Depot concerning the discovery.

_____
SALLY SHUSHAN
United States Magistrate Judge