```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2000 NOV 29 AM 11: 31

                          LORETTA G. WHYTE
                                CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 29, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA GEORGE, ETC. | CIVIL ACTION |
| versus | NUMBER 00-0006 |
| HOME DEPOT USA, INC., ET AL. | SECTION "T" (1) |

Because the undersigned magistrate judge owns stock in Home Depot, Inc., in accordance with Title 28, Section 455, I hereby disqualify myself from further proceedings in the captioned matter and direct the Clerk of Court to reallot the case to another magistrate judge section.

SALLY SHUSHAN
United States Magistrate Judge

**REALLOTTED TO**

**MAG. 5**

DATE OF ENTRY
NOV 29 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 32