

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 29, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

PAMELA GEORGE, ET AL.                                    CIVIL ACTION

VERSUS                                                   NUMBER: 00-0006

HOME DEPOT USA, INC., ET AL.                             SECTION: "T"(5)


Oral argument on Plaintiff's Motion to Compel and Defendant's Motion for Protective Order will be conducted on December 13, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                        _____
                                             ALMA L. CHASEZ
                                        UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 4 2000