```
              FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2000 DEC -6 AM 11:32

          LORETTA G. WHYTE
                CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 5, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA GEORGE, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0006 |
| HOME DEPOT USA, INC., ET AL. | SECTION: "T"(5) |

### HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Plaintiff's Motion to Compel (scheduled for hearing on December 20, 2000);
(2) Defendant's Motion for Protective Order (scheduled for hearing on December 20, 2000).

__1,2__ : Continued to January 24, 2001 at 11:00 a.m.

_____ : No Opposition

__1,2__ : Opposition

_____ : Local Rules 37.1E, 33.2, 36.1, 7.1E

```
DATE OF ENTRY
  DEC 7 - 2000
```

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

_____ : Other.

*ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE