

MINUTE ENTRY
CHASEZ, M.J.
JANUARY 24, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAMELA GEORGE, INDIVIDUALLY AND AS THE TUTRIX OF HER MINOR DAUGHTER, KAYCIE GEORGE** | CIVIL ACTION |
| **VERSUS** | NUMBER: 00-0006 |
| **HOME DEPOT USA, INC., ET AL.** | SECTION: "T"(5) |

### HEARING ON MOTION

APPEARANCES:   Cliff Cardone, Deborah Fallis

MOTION:

(1)   Plaintiff's Motion to Compel;
(2)   Home Depot's Motion for Protective Order.

_____ :   Continued to

_____ :   No Opposition

\_\_1,2\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
JAN 25 2001

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1,2__ : Other.

    1:    Interrogatory Nos. 1,3: moot.

          Interrogatory No. 9 and Request for Production of Documents No. 1: to be answered/provided within thirty (30) days.

          Request for Production of Documents No. 8: pretermitted pending the resolution of Home Depot's motion for protective order.

          Request for Production of Documents No. 11: to be produced within thirty (30) days or defendant is to supplement its response to say none exist.

    2:    The manuals at issue are to be provided to the Court for an <u>in camera</u> inspection. This is to be done within ten (10) days.

                                              _/s/ ALC_____
                                              ALMA L. CHASEZ
                                        UNITED STATES MAGISTRATE JUDGE