FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 30 PM 2:38

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAMELA GEORGE, Individually** | : | CIVIL ACTION |
| **and as the Tutrix of her minor daughter,** | : | |
| **Kaycie George** | : | NO.   00-0006 |
| | : | |
| **VERSUS** | : | SECTION "T" |
| | : | |
| **HOME DEPOT USA, INC., JOHN DOE,** | : | MAGISTRATE (1) |
| **WILLIAM DOE,  SAM DOE** | : | |
| **and XYZ INSURANCE COMPANY** | : | |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant, Pamela George, who moves this Honorable Court for an order granting her leave to file a First Amended Complaint.

This _____ day of _____, at New Orleans, Louisiana.

Respectfully submitted:

CARDONE LAW FIRM
A PROFESSIONAL LAW CORPORATION

_____
**CLIFFORD E. CARDONE (# 3874)**
829 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 581-1394

and

**MICHAEL E. KATZ**
ROBERTS, KATZ & BAUDIER
365 Canal Street, Suite 2700
One Canal Place
New Orleans, Louisiana 70130
Telephone: (504) 522-7791
**ATTORNEYS FOR PLAINTIFFS**

DATE OF ENTRY

FEB - 5 2001

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAMELA GEORGE, Individually** | : | CIVIL ACTION |
| **and as the Tutrix of her minor daughter,** | : | |
| **Kaycie George** | : | NO.   00-0006 |
| | : | |
| **VERSUS** | : | SECTION "T" |
| | : | |
| **HOME DEPOT USA, INC., JOHN DOE,** | : | MAGISTRATE (5) |
| **WILLIAM DOE, SAM DOE** | : | |
| **and XYZ INSURANCE COMPANY** | : | |

## ORDER

ON MOTION OF, complainant, Pamela George, and for good cause shown,

IT IS ORDERED that complainant be and she is hereby granted leave to file her First Amended Complaint.

This the _1st_ day of _February_, at New Orleans, Louisiana.

_____
Magistrate JUDGE

-9-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | : : : | CIVIL ACTION |
| | : | NO.   00-0006 |
| VERSUS | : : | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE, WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | : : : : | MAGISTRATE (1) |

### CERTIFICATE OF COUNSEL

I hereby certify that I have contacted Deborah Fallis, counsel for Home Depot, USA, and that she has no opposition to plaintiff filing a Supplementing and Amending Complaint in the above numbered and entitled action, for the purpose of bringing in additional defendants.

Dated: January 29, 2001

Respectfully submitted:

CARDONE LAW FIRM
A Professional Law Corporation

_____
CLIFFORD E. CARDONE (Bar No. 3874)
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-1394

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of January 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax, or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____
CLIFFORD E. CARDONE