```
                                                          FILED
                                                     U.S. DISTRICT COURT
                                                   EASTERN DISTRICT OF LA

                                                     2001 FEB 28 PM 2:38

                                                       LORETTA G. WHYTE
                                                            CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the § <br> Tutrix of her minor daughter, Kaycie George § <br> § <br> VERSUS § <br> § <br> HOME DEPOT U.S.A., INC., INC., § <br> JOHN DOE, WILLIAM DOE, SAM DOE and § <br> XYZ INSURANCE COMPANY § | | CIVIL ACTION <br><br> NO. 00-0006 <br><br> SECTION "T" <br><br><br> MAGISTRATE (1) |

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND

Home Depot U.S.A., Inc. ("Home Depot"), through undersigned counsel, respectfully requests that this Court continue and reset the hearing of Plaintiffs' motion to remand ("Plaintiffs' Motion"), which is currently set to be heard on March 14, 2001 for the following reasons:

1. Home Depot first received Plaintiffs' Motion and notice of the March 14 hearing on February 23, 2001.

2. Due to the facts and circumstances involved in this case, several issues must be briefed in Home Depot's opposition.

```
DATE OF ENTRY
MAR 5  2001
```



3. It appears that Home Depot's opposition will also require affidavits of Mike Kospelich, Kris Rome and possibly others. Mike Kospelich resides in Texas. On Monday, February 26, the undersigned attempted to contact Mike Kospelich and Kris Rome regarding the affidavits that will be needed. At that time, it was learned that Mike Kospelich is on vacation and cannot be reached until March 5. Kris Rome was also unreachable on February 26.

4. The undersigned has several other deadlines including, but not limited to, a deadline for a writ to be filed with the Louisiana Supreme Court, which is due to be filed on March 2. The undersigned is also scheduled to participate in a full day mediation on March 6.

5. Based on Local Rule 7.5E, Home Depot's opposition to Plaintiffs' Motion must be filed no later than March 6.

6. Considering the Mardi Gras schedule and deadlines, and the mediation which were previously scheduled prior to and on March 6, the number of issues which must be briefed, that the submission of affidavits will likely be required, and that one of the affiants lives in Texas and cannot be contacted until March 5, it will be impossible for Home Depot to prepare and timely file a thorough opposition to Plaintiffs' Motion.

7. On February 26, the undersigned issued a letter to Plaintiffs' counsel notifying him of Home Depot's intent to request a continuance of this matter and requesting that he immediately contact the undersigned if there was any objection to the continuance. No response to this letter has been received.

8.  It is understood that the Court's next hearing date is March 28.

**WHEREFORE**, Home Depot U.S.A., Inc. prays that this Court continue and reset the hearing of Plaintiffs' Motion to Remand and for all other relief that is just and equitable.

Respectfully submitted,

_____
DEBORAH W. FALLIS, T.A.(Bar #2177)
CHERIE L. GIVENS (Bar #25683)
**Heller Draper Hayden Patrick & Horn, LLC**
650 Poydras Street, Suite 2500-
New Orleans, Louisiana 70130
(504) 581-9595 • (504) 568-1888

**Attorneys for Home Depot U.S.A., Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, I served a copy of Home Depot's Motion and Incorporated Memorandum in Support of Motion to Continue Hearing on Motion to Remand by fax and by depositing a copy of same in the U. S. Mail, postage prepaid and properly addressed, upon Plaintiffs through their counsel of record: Clifford E. Cardone, Esq., 829 Baronne Street, New Orleans, Louisiana 70112; and Michael E. Katz, Esq., 365 Canal Street, Suite 2700, New Orleans, Louisiana 70130.

_____

F \USERS\DWF\Homedepot\George\Pleadings\2001-02-28 Motion to Continue Remand Hearing.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION |
| | § | NO. 00-0006 |
| VERSUS | § § | |
| | § | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § § | MAGISTRATE (1) |

**O R D E R GRANTING CONTINUANCE**

CONSIDERING THE FOREGOING Motion and Incorporated Memorandum of Home Depot U.S.A., Inc., in Support of Motion to Continue Hearing on Plaintiffs' Motion to Remand;

IT IS ORDERED that said Motion be and hereby is **granted** and that Plaintiffs' Motion to Remand which was previously set for hearing before this court on the 14th day of March, 2001 has been rescheduled to be heard by this court at  10  a.m. on the  28th  day of  March , 2001.

NEW ORLEANS, LOUISIANA, this ___ day of  March , 2001.

_____
JUDGE