FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -1 AM 11:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION |
| | § | NO. 00-0006 |
| VERSUS | § § | SECTION "T" |
| HOME DEPOT U.S.A., INC., INC., JOHN DOE, WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § | MAGISTRATE (1) |

### EX PARTE MOTION OF HOME DEPOT U.S.A., INC. TO CHANGE THE DESIGNATION OF TRIAL ATTORNEY

Pursuant to Local Rule 11.2, Home Depot U.S.A., Inc., through undersigned counsel respectfully requests that this Court change the designation of Home Depot's trial counsel from Drew R. Ballina to Deborah Weisler Fallis.

DATE OF ENTRY
MAR 6 2001

___Fee___
___Process___
_X_ Dktd
___CtRmDep___
Doc.No.___

Wherefore, Home Depot U.S.A., Inc., prays that this Court change the designation of Home Depot's trial counsel from Drew R. Ballina to Deborah Weisler Fallis and for all other relief which is just and equitable

Respectfully submitted,

_____
DEBORAH W. FALLIS, T.A. (Bar #2177)
CHERIE L. GIVENS (Bar #25683)
**Heller Draper Hayden Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 581-9595 • (504) 568-1888

**Attorneys for Home Depot U.S.A., Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2001 I served a copy of Home Depot's ex parte motion of Home Depot U.S.A., Inc. to change the designation of trial attorney by fax and by depositing a copy of same in the U. S. Mail, postage prepaid and properly addressed, upon Plaintiffs through their counsel of record: Clifford E. Cardone, Esq., 829 Baronne Street, New Orleans, Louisiana 70112; and Michael E. Katz, Esq., 365 Canal Street, Suite 2700, New Orleans, Louisiana 70130.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION |
| | § | NO. 00-0006 |
| VERSUS | § § | |
| | § | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § | MAGISTRATE (1) |

### EX PARTE O R D E R

CONSIDERING THE FOREGOING Ex Parte Motion of Home Depot U.S.A., Inc., to change the designation of Home Depot's trial attorney;

IT IS ORDERED that said Motion be and hereby is **granted** and that this Court's records are amended to reflect that Deborah Weisler Fallis is now Home Depot's designated trial counsel.

NEW ORLEANS, LOUISIANA, this 5 day of March, 2001.

_____
JUDGE