```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2001 MAR 15 PM 4:18

                                     LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 15, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAMELA GEORGE, INDIVIDUALLY, AND AS          CIVIL ACTION
THE TUTRIX OF HER MINOR DAUGHTER,
KAYCIE GEORGE

VERSUS                                       NUMBER: 00-0006

HOME DEPOT USA, INC., ET AL.                 SECTION: "T"(5)


Presently before the Court for in camera inspection is a portion of the Home Depot policy and procedure manual which the company contends is proprietary in nature. Home Depot wishes to have these documents produced subject to a protective order.

The Court has reviewed the documents in questions and sees nothing about them which constitutes proprietary information. Rather, they are basic operating procedures pertaining to the hiring and certification of truck drivers and the guidelines

```
DATE OF ENTRY
MAR 1 6 2001
```



pertaining to the handling of auto accidents. Business related issues are not involved.

Accordingly, Home Depot is to turn these documents over to plaintiff's counsel on or before March 22, 2001. There is no reason for these documents to be considered confidential in any fashion.

                                      ALMA L. CHASEZ
                            UNITED STATES MAGISTRATE JUDGE