UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAMELA GEORGE, Individually** | : | CIVIL ACTION |
| and as the Tutrix of her minor daughter, | : | |
| Kaycie George | : | NO.   00-0006 |
| | : | |
| **VERSUS** | : | SECTION "T" |
| | : | |
| **HOME DEPOT USA, INC.,JOHN DOE,** | : | MAGISTRATE (1) |
| **WILLIAM DOE,  SAM DOE** | : | |
| **and XYZ INSURANCE COMPANY** | : | |

## MOTION FOR LEAVE TO FILE  REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes complainant, Pamela George, who moves this Honorable Court for an order granting her leave to file a Reply Memorandum in Support of Motion to Remand for the following reasons:

1. Defendant, Home Depot's Opposition to Motion for Remand brought up issues of prescription and dispensable parties which were not addressed in Plaintiff's Original Memorandum in Support of Motion to Remand and which, out of fairness, Plaintiff should be allowed to address;

2. Defendant, Home Depot's Opposition to Motion for Remand failed to provide the Court with an accurate chronology of Plaintiff's attempts to discover facts, which efforts have been thwarted again and again by Defendant, Home Depot.

This _____day of _____, at New Orleans, Louisiana.

DATE OF ENTRY
MAR 2 8 2001

Respectfully submitted:

CARDONE LAW FIRM
A PROFESSIONAL LAW CORPORATION

_____
**CLIFFORD E. CARDONE (# 3874)**
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-1394
and

**MICHAEL E. KATZ**
ROBERTS, KATZ & BAUDIER
365 Canal Street, Suite 2700
One Canal Place
New Orleans, Louisiana 70130
Telephone: (504) 522-7791
**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed to all counsel of record by depositing same, postage-prepaid, in the U.S. Mail, this 23rd day of March

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAMELA GEORGE, Individually** | : | CIVIL ACTION |
| **and as the Tutrix of her minor daughter,** | : | |
| **Kaycie George** | : | NO.   00-0006 |
| | : | |
| **VERSUS** | : | SECTION "T" |
| | : | |
| **HOME DEPOT USA, INC.,JOHN DOE,** | : | MAGISTRATE (1) |
| **WILLIAM DOE,  SAM DOE** | : | |
| **and XYZ INSURANCE COMPANY** | : | |

## ORDER

ON MOTION OF, complainant, Pamela George, and for good cause shown,

IT IS ORDERED that complainant be and she is hereby granted leave to file a Reply Memorandum.

This the 27th day of March, at New Orleans, Louisiana.

_____
JUDGE