

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the | § | CIVIL ACTION |
| Tutrix of her minor daughter, Kaycie George | § | |
| | § | NO. 00-0006 |
| VERSUS | § | |
| | § | SECTION "T" |
| HOME DEPOT U.S.A., INC., INC., JOHN DOE | § | |
| WILLIAM DOE, SAM DOE and | § | MAGISTRATE (1) |
| XYZ INSURANCE COMPANY | § | |

## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Pursuant to Local Rule 7.5E, Home Depot U.S.A., Inc. ("Home Depot"), through undersigned counsel, respectfully requests that leave be granted to file Home Depot's brief supplemental memorandum in opposition to Plaintiffs' motion to remand which addresses only the legal issues raised by Plaintiffs in Plaintiffs' memorandum in reply to Home Depot's objection to Plaintiffs' motion to remand. The memorandum for which leave to file is sought is attached hereto as Exhibit "A". This supplemental memorandum is justified because in Plaintiffs' reply, Plaintiffs rely on a line of cases that were not addressed in Plaintiffs' original memorandum, and therefore, Home Depot did not have the opportunity to address the then "unpled" arguments in Home Depot's original opposition.

DATE OF ENTRY
APR 2 - 2001



WHEREFORE, Home Depot U.S.A., Inc., prays that after due proceedings had that this Court ex parte grant the leave requested by Home Depot and allow Home Depot's response memorandum to be filed and considered.

Respectfully submitted,

_____

DEBORAH W. FALLIS, (Bar #2177)
**Heller Draper Hayden Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 581-9595 • (504) 568-1888

Attorneys for Home Depot U.S.A., Inc.

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Ex Parte Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand was served upon Plaintiffs through their counsel of record: Clifford E. Cardone, Esq., 829 Baronne Street, New Orleans, Louisiana 70112; and Michael E. Katz, Esq., 365 Canal Street, Suite 2700, New Orleans, Louisiana 70130; facsimile and by depositing a copy of same in the U. S. Mail, postage prepaid and properly addressed, this 28th day of March, 2001.

_____

F:\USERS\DWF\Homedepot\George\Pleadings\2001-03-28 leave to file supplemental memo re remand.wpd

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the | § | CIVIL ACTION |
| Tutrix of her minor daughter, Kaycie George | § | |
| | § | NO.  00-0006 |
| VERSUS | § | |
| | § | SECTION "T" |
| HOME DEPOT USA, INC.,   JOHN DOE | § | |
| WILLIAM DOE, SAM DOE and | § | MAGISTRATE (1) |
| XYZ INSURANCE COMPANY | § | |

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to File Supplemental Memorandum

in Opposition to Plaintiffs' Motion to Remand, filed herein by Home Depot U.S.A., Inc.;

**IT IS ORDERED** that said Motion for Leave be and hereby is granted, and that said Home

Depot U.S.A., Inc.'s Supplemental Memorandum in Opposition to Motion to Remand be filed into

the court record.

New Orleans, Louisiana this _3 0 th_ day of _March_, 2000.

_____
JUDGE