```
                                              FILED
                                         U.S. DISTRICT COURT
         UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LA
         EASTERN DISTRICT OF LOUISIANA  2001 APR 23 PM 12: 26
                                          LORETTA G. WHYTE
                                              CLERK
```

| | | |
|---|---|---|
| PAMELA GEORGE, Individually | : | CIVIL ACTION |
| and as the Tutrix of her minor daughter, | : | |
| Kaycie George | : | NO.   00-0006 |
| | : | |
| VERSUS | : | SECTION "T" |
| | : | |
| HOME DEPOT USA, INC., JOHN DOE, | : | MAGISTRATE (5) |
| WILLIAM DOE, SAM DOE | : | |
| and XYZ INSURANCE COMPANY | : | |

### EX PARTE MOTION FOR LEAVE TO FILE ANSWER TO DEFENDANTS' REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO RULE 12(b) MOTION FOR DISMISSAL AND/OR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.5E, Plaintiff, Pamela George, through undersigned counsel, respectfully requests that leave of court to file an Answer to Defendant's Reply Memorandum be granted. That the Answer to Reply Memorandum will address only those issues raised by defendants in Defendant's Reply Memorandum, received by counsel for plaintiffs on April 23, 2001. That plaintiff timely filed her Opposition to defendants' Rule 12(b) Motion for Dismissal and/or Motion for Summary Judgment, but plaintiff did not receive defendants' Reply Memorandum until less than two days prior to the hearing scheduled on defendants Motion for Dismissal and/or Motion for Summary Judgment. That plaintiff seeks additional time within which to prepare an Answer to Defendant's Reply Memorandum. That the Answer to Defendants' Reply Memorandum, for which plaintiff seeks leave of court to file, will be filed with the Court on or before Friday, April 27, 2001. That an Answer to Defendant's Reply Memorandum is justified because in Defendant's Reply Memorandum, defendants misstate pertinent or relevant facts that Plaintiff seeks to clarify.

```
DATE OF ENTRY        ___Fee_____
                     ___Process__
APR 2 4 2001         _X_Dktd_____
                     _√_CtRmDep__
                     Doc.No._56___
```



Respectfully submitted:

CARDONE LAW FIRM
A Professional Law Corporation

_____
CLIFFORD E. CARDONE (#3874)
829 Baronne Street
New Orleans, Louisiana 70113
(504) 581-1394

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Leave to File Answer to Reply Memorandum has been forwarded to all counsel of record by placing a copy of same in the United States Postal Service, postage prepaid or by Telecopy, this 23rd day of April , 2001, at New Orleans, Louisiana.

_____
CLIFFORD E. CARDONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAMELA GEORGE, Individually** | : | CIVIL ACTION |
| **and as the Tutrix of her minor daughter,** | : | |
| **Kaycie George** | : | NO.   00-0006 |
| | : | |
| **VERSUS** | : | SECTION "T" |
| | : | |
| **HOME DEPOT USA, INC.,JOHN DOE,** | : | MAGISTRATE (5) |
| **WILLIAM DOE,  SAM DOE** | : | |
| **and XYZ INSURANCE COMPANY** | : | |

## O R D E R

Considering the foregoing Ex Parte Motion for Leave to File Answer to defendant Home Depot's Reply Memorandum to Plaintiff's Opposition to Defendants' Rule 12(b) Motion for Dismissal and/or Motion for Summary Judgment;

**IT IS ORDERED** that said Motion for Leave be and is hereby granted, and that said Answer to Defendant's Reply Memorandum be filed into the Court record no later than April 27, 2001.

New Orleans, Louisiana, this _____ Day of April, 2001.

_____
JUDGE