

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION<br><br>NO. 00-0006 |
| VERSUS | § § | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § | MAGISTRATE (1) |

**MOTION FOR ORAL ARGUMENT**

Home Depot U.S.A., Inc., Michael Kospelich and Kristian Roane, defendants herein, through undersigned counsel, pursuant to Local Rule 78.1E respectfully suggest to this Court that oral argument may assist the Court in understanding the factual, procedural and legal intricacies of Defendants' Motion to Dismiss For Failure to State a Claim And For Prescription, and in the Alternative, Motion For Summary Judgment, which was filed in this action on March 28, 2001, and which is set on this Court's docket on April 28, 2001.



DATE OF ENTRY
APR 24 2001



WHEREFORE, Home Depot U.S.A., Inc., Michael Kospelich and Kristian Roane pray that this Court allow the parties herein to present oral argument regarding Defendants' Motion to Dismiss, For Failure to State a Claim And For Prescription, And in The Alternative, Motion For Summary Judgment to this Court on April 28, 2001 or other date which the Court may fix.

Respectfully submitted,

_____
DEBORAH W. FALLIS, (Bar #2177) T.A.
**Heller Draper Hayden Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 581-9595 or (504) 568-1888

Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion for Oral Argument has been forwarded to Clifford E. Cardone, 829 Baronne Street, New Orleans, Louisiana 70112 and Michael E. Katz, 365 Canal Street, Suite 2700, New Orleans, Louisiana 70130; by placing a copy of same in the United States mail, postage prepaid, this 19th day of April, 2001.

_____

F:\USERS\DWF\Homedepot\George\Pleadings\Request Oral Argumt-12b6 Motion.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION |
| | § | NO. 00-0006 |
| VERSUS | § § | |
| | § | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § | MAGISTRATE (1) JURY TRIAL |

### ORDER

Considering the foregoing Motion for Oral Argument filed by Home Depot U.S.A., Inc., Michael Kospelich and Kristian Roane,

IT IS ORDERED that said Motion be and hereby is granted.

IT IS FURTHER ORDERED that oral argument on Home Depot U.S.A., Inc., Michael Kospelich and Kristian Roane's Motion to Dismiss, For Failure to State a Claim And For Prescription, And in The Alternative, Motion For Summary Judgment will be heard by this Court on the 25th day of April, 2001, at 10:00 a.m.

New Orleans, Louisiana this _____ day of April, 2001.

**DENIED**

_____
JUDGE