

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 23 AM 9:26

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION |
| | § | NO. 00-0006 |
| VERSUS | § § | |
| | § | SECTION "T" |
| HOME DEPOT U.S.A., INC., INC., JOHN DOE WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | § § § | MAGISTRATE (1) |
| | | JURY TRIAL |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITION TO RULE 12(b) MOTION FOR DISMISSAL AND/OR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.5E, Home Depot U.S.A., Inc. ("Home Depot"), through undersigned counsel, respectfully requests that leave of court to file a reply memorandum to Plaintiff's Opposition to Rule 12(b) Motion for Dismissal and/or Motion for Summary ("Plaintiffs' Opposition"), which reply memorandum addresses only the issues raised by Plaintiffs in Plaintiffs' Opposition. The reply memorandum for which leave to file is sought is attached hereto as Exhibit "1" ("Reply Memorandum"). The Reply Memorandum is justified because in Plaintiffs' Opposition, Plaintiffs misstate pertinent or relevant facts that Defendant seeks to clarify.

DATE OF ENTRY
APR 24 2001



WHEREFORE, Home Depot U.S.A., Inc., prays that this Court ex parte grant the leave requested by Home Depot and allow Home Depot's Reply Memorandum to be filed and considered.

Respectfully submitted,

_____
DEBORAH W. FALLIS, (Bar #2177) T.A.
**Heller Draper Hayden Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 581-9595 • (504) 568-1888

Attorneys for Home Depot U.S.A., Inc.

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Ex Parte Motion for Leave to File Reply Memorandum to Plaintiffs' Opposition to Rule 12(b) Motion for Dismissal and/or Motion for Summary Judgment was served upon Plaintiffs through their counsel of record, Clifford E. Cardone, Esq., 829 Baronne Street, New Orleans, Louisiana 70112; and Michael E. Katz, Esq., 365 Canal Street, Suite 2700, New Orleans, Louisiana 70130 by hand delivery this _23__ day of April, 2001.

F\USERS\DWF\Homedepot\George\Pleadings\2001-04-18 leave to file reply to SJ Opp wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | § § § | CIVIL ACTION |
| | § | NO. 00-0006 |
| VERSUS | § § | |
| | § | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE WILLIAM DOE, SAM DOE and | § § | MAGISTRATE (1) |
| XYZ INSURANCE COMPANY | § | JURY TRIAL |

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to File Reply Memorandum to Plaintiffs' Opposition to Rule 12(b) Motion for Dismissal and/or Motion for Summary Judgment filed herein by Home Depot U.S.A., Inc.;

**IT IS ORDERED** that said Motion for Leave be and hereby is granted, and that said Reply Memorandum to Plaintiffs' Opposition to Rule 12(b) Motion for Dismissal and/or Motion for Summary Judgment be filed into the court record.

New Orleans, Louisiana this _24th_ day of _April_, 2001.

_____
JUDGE