UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA GEORGE, Individually and as the Tutrix of her minor daughter, Kaycie George | : : : | CIVIL ACTION<br><br>NO.   00-0006 |
| VERSUS | : : | SECTION "T" |
| HOME DEPOT USA, INC., JOHN DOE, WILLIAM DOE, SAM DOE and XYZ INSURANCE COMPANY | : : : : | MAGISTRATE (1) |

## PLAINTIFF'S MOTION TO CONTINUE TRIAL

Plaintiff, Pamela George, individually and on behalf of her minor child, Kaycie George, moves this Court for continuance of this case from the Court's four-day trial calendar commencing **August 27, 2001**, for the following reasons, and for good cause shown:

1       This is an action for personal injuries arising out of an automobile accident which occurred on May 11, 1999. Suit was filed on November 16, 1999 in the Civil District Court for the Parish of Orleans, State of Louisiana, and removed to the United States District Court, Eastern District of Louisiana on the 30th day of December 1999.

2.      The Court has set the cause for trial for a four-day jury trial calendar commencing **August 27, 2001**

3.      Pamela George has previously undergone several operations as a result of the injuries sustained in this accident; Pamela George is currently scheduled to undergo an additional surgery, on her hand, in approximately two weeks.

4.      There is currently pending before the Court an opposed Motion to Remand, if the Motion to Remand is granted, all of the current deadlines imposed by the court will become moot.

5.  There is also currently pending before the Court defendant's Motion to Dismiss and/or Motion for Summary Judgment, which, if granted, will affect discovery.

6.  As matters stand at the present time, Plaintiff is required to provide defendant with expert reports on or around May 17, 2001; even though she cannot complete her vocational rehabilitation evaluation or her life care plan evaluation until after this upcoming surgery;

7.  Both plaintiff and defendant have extensive depositions to take and the records sought in discovery are voluminous; Plaintiff and Defendant will have difficulty concluding all discovery by the July discovery deadline.

8.  Plaintiff believes that Plaintiff, Pamela George, will reach maximum medical cure and that they will be able to prepare this case for trial by March 2002.

9.  Justice will be best served if the Court continues this action.

10.  Defendants, Home Depot USA, Inc., Kristian Roane, and Michael Kospelich have no opposition to plaintiff's motion for continuance.

WHEREFORE, Plaintiff respectfully requests that the Court continue the trial of this matter until March 2002 or as soon thereafter as this matter by be tried.

Respectfully submitted:

**CARDONE LAW FIRM**
**A Professional Law Corporation**

Client advised a furnished a copy.

CLIFFORD E. CARDONE (Bar No. 3874)
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-1394

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been mailed to all counsel of record by depositing same, postage prepaid, in the U.S. Mail, this 24th day of April 2001.

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAMELA GEORGE, Individually** | : | CIVIL ACTION |
| and as the Tutrix of her minor daughter, | : | |
| Kaycie George | : | NO.   00-0006 |
| | : | |
| **VERSUS** | : | SECTION "T" |
| | : | |
| **HOME DEPOT USA, INC.,JOHN DOE,** | : | MAGISTRATE (1) |
| **WILLIAM DOE,  SAM DOE** | : | |
| **and XYZ INSURANCE COMPANY** | : | |

## O R D E R

Considering the foregoing Motion to Continue Trial;

IT IS ORDERED that the trial of this case, scheduled for jury trial commencing August 27, 2001, be continued

IT IS FURTHER ORDERED that a telephone status conference is scheduled on the __8th__ day of __May__, 2001 at __2:30 pm__ o'clock a m. to select a new trial date

Dated, __April 25__, 2001.

_____
JUDGE