FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -9 PM 4: 24

LORETTA G. WHYTE
       CLERK

MINUTE ENTRY
CHASEZ, M.J.
MAY 8, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA GEORGE, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0006 |
| HOME DEPOT USA, INC., ET AL. | SECTION: "T"(5) |

Oral argument on Home Depot U.S.A., Inc.'s Motion to Compel Supplemental Discovery will be conducted on May 23, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

DATE OF ENTRY
MAY 1 0 2001

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 67