```
                                        FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2001 MAY 24  AM 10: 11

                                    LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MAY 23, 2001

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

PAMELA GEORGE, ET AL.                      CIVIL ACTION

VERSUS                                     NUMBER: 00-0006

HOME DEPOT USA, INC., ET AL.               SECTION: "T"(5)


### HEARING ON MOTION

APPEARANCES:   Deborah Fallis, Cliff Cardone

MOTION:

(1)  Home Depot's Motion to Compel Supplemental Discovery Responses
     and for Independent Medical Examination of Pamela George Prior
     to Surgery.

_____ :   Continued to

_____ :   No Opposition

\_\_ 1 \_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
MAY 24 2001



<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

\_\_1\_\_ : Other. Defendant has subpoenaed plaintiff's medical records directly from Tulane and should have those in sufficient time to obtain an IME of plaintiff prior to her surgery. Plaintiff is to update her attorney no less than once every three months on the progress of her medical treatment. That update is to then be provided to defense counsel.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE